Date of Arrest: **01/28**

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Jesus MARTINEZ-Alonzo AKA: None Known 203597417 YOB: 2001 Citizen of: Mexico Defendant | Magistrate Case No. **26-01082MJ** COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a) Re-Entry After Removal |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about January 28, 2026, Defendant Jesus MARTINEZ-Alonzo, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of San Ysidro, California on or about May 23, 2019. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Approved AUSA Ryan McCarthy for AUSA Jacqueline Pecaro

*Ryan McCarthy* (signature)

*Ivan Negrete* (signature)
Signature of Complainant

Jose Siqueiros
Border Patrol Agent

Sworn to before me and subscribed telephonically,

January 29, 2026      at      Yuma, Arizona
Date                                City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

*J. F. Metcalf* (signature)
Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Jesus MARTINEZ-Alonzo
AKA: None Known
203597417

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about January 28, 2026, near San Luis, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near San Diego, California, on or about May 24, 2019. The Defendant has been removed on one (1) previous occasion. The Defendant was most recently removed on or about May 24, 2019, through the port of San Ysidro, California.

Border Patrol Agents determined that on or about February 13, 2023, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Mark Vinci and BPA Esteban Montoya.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Jacob Goodrich.

_Ivan Negrete_
Signature of Complainant

Sworn to before me and subscribed telephonically,

January 29, 2026
Date

_[signature]_
Signature of Judicial Officer